child. Appellees' memorandum in response shall be filed no later than 20 days from the date of this entry.

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2009–2155.   State ex rel. Adkins v. Indus. Comm.**
Franklin App. No. 08AP–979, 2009-Ohio-5777.